IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REGAL BELOIT AMERICA, INC.,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                    Case No. 14-cv-717-bbc

POWER RIGHT INDUSTRIES, LLC,
LLOYD'S EQUIPMENT CO., INC.,
LLOYD'S MATERIAL SUPPLY CO., INC.,
POWER SOURCE INDUSTRIES, INC.,
CASEY LOYD, an individual, a/k/a and d/b/a Casey Lloyd,
and BUZZ LOYD, an individual, a/k/a and d/b/a Buzz Lloyd,

        Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Power Right Industries, LLC, Lloyd's Equipment Co., Inc., Lloyd's Material Supply Co., Inc., Power Source Industries, Inc., Casey Lloyd and Buzz Lloyd dismissing this case without prejudice to plaintiff Regal Beloit America, Inc.'s refiling it after the conclusion of related proceedings in California state court.

_Peter Oppeneer_                                  1/28/15
Peter Oppeneer, Clerk of Court             Date